NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LAUREN K. PATRICK,                    )
                                      )
         Appellant,                   )
                                      )
v.                                    )          Case No. 2D17-2317
                                      )
BANK OF AMERICA, N.A.,                )
                                      )
         Appellee.                    )
_____ )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Polk
County; Andrea Teves Smith, Judge.

Lauren K. Patrick, pro se Appellant.

Tricia J. Duthiers and Elizabeth A.
Henriques of Liebler Gonzalez & Portuondo,
Miami, for Appellee.

PER CURIAM.


                Affirmed.


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.